Certificate Number: 05781-CO-DE-041219287

Bankruptcy Case Number: 26-14358



05781-CO-DE-041219287

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 4:13 o'clock PM PDT, Stauzya Rafferty completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date:   July 17, 2026               By:     /s/Allison M Geving

                                    Name:  Allison M Geving

                                    Title:   President